UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 30 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) |
| STACY DURHAM, | ) 4:20CR610 CDP/PLC ) ) |
| Defendant. | ) |

## INDICTMENT

### Counts 1 through 4

(Misuse of Social Security Number)

The Grand Jury charges that:

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**STACY DURHAM**

with the intent to deceive, and for the purpose of obtaining anything of value from another person and for any other purpose, did falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to **STACY DURHAM**, when in fact such number is not the Social Security Account number assigned by the Commissioner of Social Security to **STACY DURHAM**, to wit: the defendant represented the below listed Social Security Numbers to be **STACY DURHAM'S** for the purpose of obtaining motor vehicle loans and lines of credit from the below named creditors:

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|---|---|---|---|
| 1 | January 11, 2018 | Bridgecrest Credit Company | ***-**-4871 |
| 2 | January 17, 2018 | Neighbors Credit Union | ***-**-4871 |
| 3 | February 2, 2018 | Scott Credit Union | ***-**-4871 |
| 4 | August 8, 2018 | Alliance Credit Union | ***-**-5692 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## Counts 5 through 8

(Bank Fraud)

The Grand Jury further charges that:

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**STACY DURHAM,**

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of the financial institutions listed below, which were financial institutions as defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations, and promises, to wit: by completing and causing to be completed applications for loans and lines of credit from the below named motor vehicle dealerships and creditors, stating and representing that **STACY DURHAM** had been assigned a Social Security Number ending in *4871 and *5692, when in truth and in fact, as the defendant **STACY DURHAM** well knew, neither number was the Social Security Number he had been assigned by the Commissioner of Social Security:

| COUNT | DATE | DEALERSHIP/CREDITOR | SSN USED |
|---|---|---|---|
| 5 | January 11, 2018 | Bridgecrest Credit Company | ***-**-4871 |
| 6 | January 17, 2018 | Neighbors Credit Union | ***-**-4871 |
| 7 | February 2, 2018 | Scott Credit Union | ***-**-4871 |
| 8 | August 8, 2018 | Alliance Credit Union | ***-**-5692 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT 9

(Aggravated Identity Theft)

The Grand Jury further charges that:

Between on or about August 2018 and July 2019, within the Eastern District of Missouri, the defendant,

**STACY DURHAM,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of A.B., during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney